**No. 45940.**—Protests 25939–K, etc., of Frontline Millinery Co. et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were over-ruled.